| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 4 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

TERADATA CORPORATION; TERADATA US, INC.; TERADATA OPERATIONS, INC.,

    Plaintiffs-Appellants,

v.

SAP SE; SAP AMERICA, INC.; SAP LABS, LLC,

    Defendants-Appellees.

No. 23-16065

D.C. No. 3:18-cv-03670-WHO
Northern District of California, San Francisco

ORDER

Before: MILLER, BADE, and VANDYKE, Circuit Judges.

The panel has unanimously voted to deny appellee's petition for rehearing en banc. *See* Dkt. No. 74. The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40. The petition for rehearing en banc is **DENIED.**