# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 30, 2025

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  SAP SE, et al.
          v. Teradata Corporation, et al.
          No. 24M98
          (Your No. 23-16065)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion for leave to file a petition for a writ of certiorari with the supplemental appendix under seal is granted.

Sincerely,

*[signature: Scott S. Harris]*

**Scott S. Harris**, Clerk