# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 6, 2025

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

  Re: SAP SE, et al.
     v. Teradata Corporation, et al.
     No. 24-1324
     (Your No. 23-16065)

Dear Clerk:

  The Court today entered the following order in the above-entitled case:

  The petition for a writ of certiorari is denied.

             Sincerely,

             *[signature]*

             **Scott S. Harris**, Clerk